IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| DAN E. LONG, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| V. ) | No. 03-1097-T-An |
| ) | |
| THE PROCTER AND GAMBLE ) | |
| MANUFACTURING COMPANY, ) | |
| a corporation, ( | |
| ) | |
| Defendant. ) | |

### ORDER OF REFERENCE

Defendant's renewed motion to strike the affidavits of Willie Carney, Reginald Charles, and Tony Lusby [Docket # 122] is hereby REFERRED to Magistrate S. Thomas Anderson for a determination.

IT IS SO ORDERED.

_____
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

23 May 2005
DATE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on  05-26-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 127 in case 1:03-CV-01097 was distributed by fax, mail, or direct printing on May 26, 2005 to the parties listed.

---

Adam F. Glankler
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Stephen D. Wakefield
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Cynthia G. Burnside
ASHE & RAFUSE, LLP
1355 Peachtree St., NE
Ste. 500
Atlanta, GA 30309--323

R. Lawrence Ashe
ASHE & RAFUSE, LLP
1355 Peachtree St., NE
Ste. 500
Atlanta, GA 30309--323

Larry Montgomery
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Venita Marie Martin
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Dan E. Long
188 Skyridge Dr.
Jackson, TN 38305

Honorable James Todd
US DISTRICT COURT