IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

DAN E. LONG,                          )
                                      )
            Plaintiff,                )
                                      )
V.                                    )          No. 03-1097-T-An
                                      )
THE PROCTER AND GAMBLE                )
MANUFACTURING COMPANY,                )
a corporation,                        (
                                      )
            Defendant.                )

---

## ORDER ADOPTING REPORT AND RECOMMENDATION OF MAGISTRATE

---

Plaintiff's motion to strike the affidavits of Charles Reed, Robert Alvey, and Angelia

Legions was referred to Magistrate S. Thomas Anderson for a report and recommendation.

On May 16, 2005, Magistrate Judge Anderson issued a report and recommendation. The

report recommended that the motion be denied. No objection to that report has been filed.

Consequently, the report and recommendation is ADOPTED.

IT IS SO ORDERED.


_James D. Todd_
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

_9 June 2005_
DATE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 129 in case 1:03-CV-01097 was distributed by fax, mail, or direct printing on June 10, 2005 to the parties listed.

---

Dan E. Long
188 Skyridge Dr.
Jackson, TN 38305

Stephen D. Wakefield
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

James J. Swartz
ASHE, RAFUSE & HILL LLP
1355 PEACHTREE ST., N.E.
STE 500
ATLANTA, GA 30309--323

Larry Montgomery
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Venita Marie Martin
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Adam F. Glankler
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Cynthia G. Burnside
ASHE & RAFUSE, LLP
1355 Peachtree St., NE
Ste. 500
Atlanta, GA 30309--323

R. Lawrence Ashe
ASHE & RAFUSE, LLP
1355 Peachtree St., NE
Ste. 500
Atlanta, GA 30309--323


Honorable James Todd
US DISTRICT COURT