IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| DAN E. LONG, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO.: 03-1097-T-An |
| ) | |
| PROCTER & GAMBLE ) | |
| MANUFACTURING COMPANY, ) | |
| ) | |
| Defendant. ) | |

## AMENDED RULE 16(b) SCHEDULING ORDER

Pursuant to the scheduling conference set by written notice, the following dates were established as the final dates for:

**FILING DISPOSITIVE MOTIONS:**      July 22, 2005

**RESPONSE TO DISPOSITIVE MOTIONS:**   August 12, 2005

**FILING MOTIONS IN LIMINE:**       December 2, 2005

**RESPONSE TO MOTIONS IN LIMINE:**     December 16, 2005

**FINAL LISTS OF WITNESSES AND EXHIBITS (Rule 26(a)(3)):**

    (a)   for Plaintiff:   **November 22, 2005**
    (b)   for Defendant:  **November 29, 2005**

Parties shall have __10__ days after service of final lists of witnesses and exhibits to file objections under Rule 26(a)(3).

1

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 07-22-05

The trial of this matter is expected to last __1-2 weeks__ and is **SET** for **JURY TRIAL** on **MONDAY, JANUARY 23, 2006 at 9:30 A.M.**. A joint pretrial order is due on **FRIDAY, JANUARY 13, 2006**. In the event the parties are unable to agree on a joint pretrial order, the parties must notify the court at least ten days before trial.

### OTHER RELEVANT MATTERS:

Interrogatories, Requests for Production and Requests for Admissions must be submitted to the opposing party in sufficient time for the opposing party to respond by the deadline for completion of discovery. For example, if the FED. R. CIV. P. allow 30 days for a party to respond, then the discovery must be submitted at least 30 days prior to the deadline for completion of discovery.

Motions to compel discovery are to be filed and served by the discovery deadline or within 30 days of the default or service of the response, answer, or objection which is the subject of the motion if the default occurs within 30 days of the discovery deadline, unless the time for filing of such motion is extended for good cause shown, or any objection to the default, response, or answer shall be waived.

The parties are reminded that pursuant to Local Rule 7(a)(1)(A) and (a)(1)(B), all motions, except motions pursuant to FED. R. CIV. P. 12, 56, 59, and 60, shall be accompanied by a proposed Order and a Certificate of Consultation.

The opposing party may file a response to any motion filed in this matter. Neither party may file an additional reply, however, without leave of the court. If a party believes that a reply is necessary, it shall file a motion for leave to file a reply accompanied by a memorandum setting forth the reasons for which a reply is required.

At this time, the parties have not given consideration to whether they wish to consent to trial before the magistrate judge. The parties will file a written consent form with the court should they decide to proceed before the magistrate judge.

*The parties are encouraged to engage in court-annexed attorney mediation or private mediation on or before the close of discovery.*

This order has been entered after consultation with trial counsel pursuant to notice. Absent good cause shown, the scheduling dates set by this Order will not be modified or

2

extended.

**IT IS SO ORDERED.**

_/s/ S. Thomas Anderson_
S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

Date: July 20, 2005

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 137 in case 1:03-CV-01097 was distributed by fax, mail, or direct printing on July 22, 2005 to the parties listed.

---

Venita Marie Martin
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Stephen D. Wakefield
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

R. Lawrence Ashe
ASHE & RAFUSE, LLP
1355 Peachtree St., NE
Ste. 500
Atlanta, GA 30309--323

Cynthia G. Burnside
ASHE & RAFUSE, LLP
1355 Peachtree St., NE
Ste. 500
Atlanta, GA 30309--323

Adam F. Glankler
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

James J. Swartz
ASHE RAFUSE & HILL LLP
1355 Peachtree St., N.E.
Ste. 500
Atlanta, GA 30309--323

Larry Montgomery
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Dan E. Long
188 Skyridge Dr.
Jackson, TN 38305

Honorable James Todd
US DISTRICT COURT