IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| DAN E. LONG, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO: |
| THE PROCTER & GAMBLE MANUFACTURING COMPANY, a corporation, | ) 1-03-1097 |
| Defendant. | ) |

## ORDER ADMITTING COUNSEL *PRO HAC VICE*

On adequate motion pursuant to this Court's Local Rule 83.1(b), it is ORDERED that Carmen Alexander Butler of the law firm Ashe, Rafuse & Hill, LLP is admitted to the Bar of this Court specially for the purpose of acting as counsel for Defendant in this case.

_____
UNITED STATES DISTRICT JUDGE

13 December 2006
DATE OF SIGNATURE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on __12-19-05__

3

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 170 in case 1:03-CV-01097 was distributed by fax, mail, or direct printing on December 19, 2005 to the parties listed.

---

R. Lawrence Ashe
ASHE & RAFUSE, LLP
1355 Peachtree St., NE
Ste. 500
Atlanta, GA 30309--323

James J. Swartz
ASHE RAFUSE & HILL LLP
1355 Peachtree St., N.E.
Ste. 500
Atlanta, GA 30309--323

Larry Montgomery
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Adam F. Glankler
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Carmen Alexander Butler
ASHE RAFUSE & HILL, LLP
1355 Peachtree St., NE
Ste. 500
Atlanta, GA 30309--323

Venita Marie Martin
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Kim Koratsky
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Dan E. Long
188 Skyridge Dr.
Jackson, TN 38305

Cynthia G. Burnside
ASHE & RAFUSE, LLP
1355 Peachtree St., NE
Ste. 500
Atlanta, GA 30309--323

Stephen D. Wakefield
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Honorable James Todd
US DISTRICT COURT